SEAN P. NALTY (SBN 121253)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorney for Defendants
THE GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA and BERKSHIRE LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN JANE BURNELL,<br><br>Plaintiff,<br><br>v.<br><br>THE GUARDIAN INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE ISNURANCE COMPANY,<br><br>Defendants. | Case No.: C09-02281 SC<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT;** [PROPOSED] **ORDER**<br><br>**[Local Rule 6-1]**<br><br>Location: San Francisco<br>Judge Samuel Conti |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff Vivian Jane Burnell ("plaintiff") and defendant The Guardian Life Insurance Company of America (hereinafter referred to as "defendant) through its attorney of record, as follows:

1. On or about June 2, 2009, defendant The Guardian Life Insurance Company of America was served with the Summons and Complaint filed in this action, and defendant's response to the Complaint currently is due on or before June 22, 2009;

---

1

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER
USDC NDCA Case #CV09-02281 SC
450446.1

1  2.  Plaintiff has agreed that defendant may have an extension to and
2  including July 6, 2009 to answer or otherwise respond to the Complaint herein;

3  3.  This extension does not exceed thirty (30) days; and

4  4.  This stipulated date for defendant to respond to the Complaint will not
5  alter the date of any event or any deadline already fixed by Court order.

Date: June 23, 2009

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By: /s/ Sean P. Nalty
SEAN P. NALTY
Attorney for Defendant
The Guardian Life Insurance Company of America

Date: June 23 2009

DeVRIES LAW FIRM


By: /s/ Douglas K. deVries
DOUGLAS K. deVRIES
Attorneys for Plaintiff
Vivian Jane Burnell

**ORDER**

IT IS SO ORDERED.

Date: June 24, 2009    By: _____
THE HONORABLE SAMUEL CONTI
United States District Judge

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti)*

2
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER
USDC NDCA Case #CV09-02281 SC
450446.1

**CERTIFICATE OF SERVICE**
*Vivian Jane Burnell v. The Guardian Life Insurance Company of America, et al.*
*USDC NDCA Case #C09-02281 SC*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☒ : **Electronic E-Filing** – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

Douglas K. deVries, Esq. (SBN 70633)
deVries Law Firm
641 Fulton Avenue, Ste. 200
Sacramento, CA 95825
Tel: (916) 473-4343
Fax: (916) 473-4342
*Attorney for Plaintiff Vivian Jane Burnell*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **June 23, 2009** at San Francisco, California.

Stacey Muller