
1  SEAN P. NALTY (SBN 121253)
   LAWRENCE J. ROSE (SBN 129511)
2  WILSON, ELSER, MOSKOWITZ,
     EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorney for Defendants
6  THE GUARDIAN LIFE INSURANCE COMPANY
   OF AMERICA and BERKSHIRE LIFE INSURANCE
7  COMPANY

8
                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11 VIVIAN JANE BURNELL,                  ) Case No.: C09-02281 SC
                                         )
12         Plaintiff,                    ) **STIPULATION OF THE PARTIES**
                                         ) **RE: MODIFICATION OF THE**
13      v.                               ) **SCHEDULING ORDER IN THIS**
                                         ) **MATTER AND [PROPOSED] ORDER**
14 THE GUARDIAN LIFE INSURANCE           ) **THEREON**
   COMPANY OF AMERICA and BERKSHIRE      )
15 LIFE ISNURANCE COMPANY,               )
                                         ) Location: San Francisco
16         Defendants.                   ) Judge Samuel Conti
                                         )
17                                       )
                                         )
18

       Plaintiff, Vivian Jane Burnell, through her counsel of record, Douglas K. deVries, deVries
19
   Law Firm and defendants Berkshire Life Insurance Company of America and The Guardian Life
20
   Insurance Company of America ("defendants"), through their counsel of record, Sean P. Nalty,
21
   Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate to the following:
22
       1.   Defendant had served a subpoena on Dr. Mark Avon for a deposition on December
23
   16, 2009. However, Dr. Avon reported that he will be out of the country until January 5, 2010 and
24
   will not be available for a deposition until he resolves any backlog of patients. Discovery cutoff is
25
   on January 1, 2010.
26

                                              1
27 ─────────────────────────────────────────────────────────────────
    STIPULATION OF THE PARTIES RE: MODIFICATION OF THE SCHEDULING ORDER IN THIS
28        MATTER AND [PROPOSED] ORDER THEREON
   USDC NDCA Case #CV09-02281 SC
   496479.1

1  2.  As set forth below, defendant desires to modify this portion of the scheduling order
2  so that the discovery cutoff can be extended solely for the purpose of taking the deposition of Dr.
3  Avon in an orderly fashion, and _only_ to Friday, February 2, 2010, in that regard.  Plaintiff has no
4  objection, and the parties do not request any other change in the scheduling order for this matter,
5  including the close of all other discovery.

6  3.  All of the other discovery has been or will be completed by the January 1, 2010

7  Therefore, the parties, through their attorneys of record, hereby stipulate to the following:

8  1.  That the scheduling order in this matter can be modified to extend the discovery
9  cutoff date to Friday, February 6, 2010 for the deposition of Dr. Mark Avon only, all other deadline
10  dates to remain the same.

11  IT IS SO STIPULATED.

12
13  Dated: December 9, 2009        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

14
15              By:  _/s/ Sean P. Nalty_
                    SEAN P. NALTY
                    LAWRENCE J. ROSE
16                  Attorneys for Defendants
                    BERKSHIRE LIFE INSURANCE COMPANY
17                  OF AMERICA and THE GUARDIAN LIFE
                    INSURANCE COMPANY OF AMERICA
18

19  Dated: December 9, 2009        deVRIES LAW FIRM

20

21              By:  _/s/ Douglas K. deVries_
                    DOUGLAS K. deVRIES
22                  Attorney for Plaintiff
                    VIVIAN JANE BURNELL
23
24
25
26
                                         2
27  STIPULATION OF THE PARTIES RE: MODIFICATION OF THE SCHEDULING ORDER IN THIS
    MATTER AND [PROPOSED] ORDER THEREON
28  USDC NDCA Case #CV09-02281 SC
    496479.1

### ORDER

Based on the stipulation of the parties, and good cause appearing therefore, the scheduling order in this matter is modified so that the discovery cutoff date is extended to __February 6__, 2010 for the deposition of Dr. Mark Avon <u>only</u>, and all other deadline dates to remain the same.

**IT IS SO ORDERED.**

Dated: 12/11/09       By: _____
                          JUDGE
                          UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Samuel Conti*

---

3

STIPULATION OF THE PARTIES RE: MODIFICATION OF THE SCHEDULING ORDER IN THIS MATTER AND [PROPOSED] ORDER THEREON
USDC NDCA Case #CV09-02281 SC
496479.1

# CERTIFICATE OF SERVICE
*Burnell v. The Guardian Life Insurance Company of America*
*USDC NDCA Case No.: C09-02281 SC*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION OF THE PARTIES RE: MODIFICATION OF THE SCHEDULING ORDER IN THIS MATTER AND [PROPOSED] ORDER THEREON**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☒ : **Electronic E-Filing** – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

☐ : **E-Mail** – I caused each document to be emailed.

Douglas K. deVries, Esq. (SBN 70633)
deVries Law Firm
641 Fulton Avenue, Ste. 200
Sacramento, CA 95825
Tel: (916) 473-4343
Fax: (916) 473-4342
*Attorney for Plaintiff Vivian Jane Burnell*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **December 10, 2009** at San Francisco, California.

*/s/ Stacey Muller*
Stacey Muller