| | |
|---|---|
| 1 | DOUGLAS K. deVRIES (SB#70633)<br>deVRIES LAW FIRM |
| 2 | 641 Fulton Avenue, Suite 200<br>Sacramento, CA  95825 |
| 3 | Tel:     916/473-4343<br>Fax:    916/473-4342 |
| 4 | Email: dkd@dkdlaw.com |
| 5 | *Attorneys for Plaintiff* |
| 6 | SEAN P. NALTY (SB#121253)<br>WILSON ELSER MOSKOWITZ ET AL |
| 7 | 525 Market Street<br>San Francisco, CA 94105-2725 |
| 8 | Tel: (415) 433-0990<br>Fax: (415) 434-1370 |
| 9 | Email: sean.nalty@wilsonelser.com |
| 10 | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN JANE BURNELL, | Case No. C09-02281 SC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION AND ALL CLAIMS WITH PREJUDICE** |
| THE GUARDIAN INSURANCE COMPANY OF AMERICA, and BERKSHIRE LIFE INSURANCE COMPANY, | |
| Defendants. | |

Plaintiff, VIVIAN JANE BURNELL and Defendants THE GUARDIAN INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY, by and through their respective counsel, do hereby stipulate that the above-referenced matter has been settled by and between all parties, and that the entire action and all claims against all defendants be dismissed with

Stipulation and Order of Dismissal         1

prejudice, with each party to bear its own costs of suit and attorney's fees.

Dated: January 22, 2010                    deVRIES LAW FIRM

                                           By:   /s/ Douglas K. deVries
                                                 DOUGLAS K. deVRIES
                                                 Attorney for Plaintiff VIVIAN BURNELL

Dated: January 22, 2010                    WILSON ELSER MOSKOWITZ ET AL

                                           By:   /s/ Sean P. Nalty
                                                 SEAN P. NALTY

## ORDER

Based on the stipulation of the parties set forth above, the entire action and all claims against defendants THE GUARDIAN INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY are dismissed with prejudice, with each party to bear its own costs of suit and attorney's fees.

**IT IS SO ORDERED.**

Date: January 22, 2010

_____
JUDGE OF THE DISTRICT COURT

# CERTIFICATE OF SERVICE

Vivian Jane Burnell v. The Guardian Life Insurance Company of America, et al.

USDC NDCA Case #C09-02281 SC

   I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the County of Sacramento, California and my business address is 641 Fulton Avenue, Suite 200, Sacramento, California 95825. On this date I served the following document(s):

**STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION AND ALL CLAIMS WITH PREJUDICE**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐: By First Class Mail -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : By Personal Service – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : By Overnight Courier – I caused each such envelope to be given to an overnight mail service at Sacramento, California, to be hand delivered to the office of the addressee on the next business day.

☐ : Facsimile – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

■ : Electronic E-Filing – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

Sean Nalty, Esq.

Wilson, Elser, Moskowitz, et al

525 Market Street - 17th floor

San Francisco, CA 94105-2725

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

   EXECUTED January 22, 2010 at Sacramento, California.

                    */s/* Pamela J. Pickering
                    PAMELA J. PICKERING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28