1  DOUGLAS K. deVRIES (SB#70633)
   deVRIES LAW FIRM
2  641 Fulton Avenue, Suite 200
   Sacramento, CA  95825
3  Tel:     916/473-4343
   Fax:     916/473-4342
4  Email: dkd@dkdlaw.com

5  *Attorneys for Plaintiff*

6  SEAN P. NALTY (SB#121253)
   WILSON ELSER MOSKOWITZ ET AL
7  525 Market Street
   San Francisco, CA 94105-2725
8  Tel: (415) 433-0990
   Fax: (415) 434-1370
9  Email: sean.nalty@wilsonelser.com

10  *Attorneys for Defendants*

11

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16  VIVIAN JANE BURNELL,                    Case No. C09-02281 SC

17
                     Plaintiff,
18
    vs.
19                                          **STIPULATION AND ORDER OF DISMISSAL
                                            OF ENTIRE ACTION AND ALL CLAIMS
20  THE GUARDIAN INSURANCE COMPANY         WITH PREJUDICE**
    OF AMERICA, and BERKSHIRE LIFE
21  INSURANCE COMPANY,                      _____

22
                     Defendants.
23  _____/

24

25        Plaintiff, VIVIAN JANE BURNELL and Defendants THE GUARDIAN INSURANCE

26  COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY, by and through

27  their respective counsel, do hereby stipulate that the above-referenced matter has been settled by and

28  between all parties, and that the entire action and all claims against all defendants be dismissed with

Stipulation and Order of Dismissal                   1

1    prejudice, with each party to bear its own costs of suit and attorney's fees.

2    Dated: January 22, 2010                    deVRIES LAW FIRM

3

4                                        By:    /s/ Douglas K. deVries
                                                DOUGLAS K. deVRIES
5                                               Attorney for Plaintiff VIVIAN BURNELL

6    Dated: January 22, 2010                    WILSON ELSER MOSKOWITZ ET AL

7

8                                        By:    /s/ Sean P. Nalty
                                                SEAN P. NALTY
9

10

11                                       **ORDER**

12          Based on the stipulation of the parties set forth above, the entire action and all claims against

13   defendants THE GUARDIAN INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE

14   INSURANCE COMPANY are dismissed with prejudice, with each party to bear its own costs of suit

15   and attorney's fees.

16          **IT IS SO ORDERED.**

17

18   Date: January 22 , 2010

19

20                                       _____
                                         JUDGE OF THE DISTRICT COURT

21

22

23

24

25

26

27

28

Stipulation and Order of Dismissal                    2

# CERTIFICATE OF SERVICE

Vivian Jane Burnell v. The Guardian Life Insurance Company of America, et al.

USDC NDCA Case #C09-02281 SC

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the County of Sacramento, California and my business address is 641 Fulton Avenue, Suite 200, Sacramento, California 95825. On this date I served the following document(s):

**STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION AND ALL CLAIMS WITH PREJUDICE**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐: <u>By First Class Mail</u> -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : <u>By Personal Service</u> – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : <u>By Overnight Courier</u> – I caused each such envelope to be given to an overnight mail service at Sacramento, California, to be hand delivered to the office of the addressee on the next business day.

☐ : <u>Facsimile</u> – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

■: <u>Electronic E-Filing</u> – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

Sean Nalty, Esq.

Wilson, Elser, Moskowitz, et al

525 Market Street - 17th floor

San Francisco, CA 94105-2725

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED January 22, 2010 at Sacramento, California.

*/s/* Pamela J. Pickering

PAMELA J. PICKERING

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28